# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 27, 2026

Lyle W. Cayce
Clerk

————————

No. 25-20332
Summary Calendar

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JAIRO OMAR MARTINEZ,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CR-401-1

———————————————————————

Before SMITH, GRAVES, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Jairo Martinez has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Martinez has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

————————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20332

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.